UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JEFFREY P. BURCHAM,

       Plaintiffs,

                                        No. 16-cv-943-DRH

v.

FORD MOTOR CREDIT COMPANY, LLC,

       Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on September 18, 2017, (Doc. 49), this case is **DISMISSED with prejudice,** with each party to bear its own costs**.**

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:   /s/ *Alex Francis*
                                               Deputy Clerk

APPROVED:

Judge Herndon
2017.09.18
18:35:19 -05'00'

U.S. DISTRICT JUDGE
U. S. DISTRICT COURT